**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| **MELVIN BANKS, on behalf of himself and All Others Similarly Situated,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**CENTRAL REFRIGERATED SERVICES, INC., a Utah Corporation,**<br><br>        **Defendant.** | **ORDER**<br><br>**Case No. 2:16-cv-00356-DAK-PMW**<br><br><br>**District Judge Dale A. Kimball**<br><br>**Chief Magistrate Judge Paul M. Warner** |

This matter is before the Court upon the Parties Joint Motion for Scheduling Order.   Upon consideration whereof, and for good cause shown, it is hereby,

ORDERED, ADJUDGED and DECREED that the Parties file their Stipulation of Settlement and their Joint Motion for Preliminary Approval of Proposed Class Settlement on or before November 27, 2017.

IT IS SO ORDERED.

ENTERED this 13th day of October, 2017.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge